FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 17, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| M&E STAFFING, LLC, an Arkansas limited liability company,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>REMARKABLE STAFFING, LLC, a Georgia limited liability company; and REGINE LESCOUFLAIR, a Georgia individual,<br><br>　　　　Defendants. | No. 2:22-CV-00312-SAB<br><br>**ORDER DISMISSING DEFENDANT** |

　　　Before the Court is the parties' Stipulated Motion to Dismiss Regine Lescouflair, ECF No. 17. The parties stipulate and move the Court to dismiss Defendant Regine Lescouflair from this action with prejudice and with each party to bear their own attorney's fees and costs. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to grant the motion.

//
//
//
//
//

**ORDER DISMISSING DEFENDANT** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss Regine Lescouflair, ECF No. 17, is **GRANTED**.

2. Defendant Regine Lescouflair is **DISMISSED** from the above-captioned case **with prejudice**. Each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and update the case caption.

**DATED** this 17th day of February 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING DEFENDANT** *2