AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 27, 2024**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| M&E STAFFING, LLC, an Arkansas limited liability company, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:22-CV-00312-SAB |
| REMARKABLE STAFFING, LLC, a Georgia limited liability company, | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion for Default Judgment, ECF No. 44, is GRANTED.
Default judgment is entered against Defendant and in favor of Plaintiff in the total amount of $957,671.00.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A Bastian  on a motion for Default Judgment.

Date: 9/27/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams